ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 18 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-CR-193-P |
| MARGRETTA JABBEH (02) | |

## WAIVER OF INDICTMENT

I, Margretta Jabbeh, the above named defendant, who is accused of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 5 day of July, 2023.

_____    _____
MARGRETTA JABBEH              SUZY VANEGAS
Defendant                     Attorney for Defendant

Affirmed in open Court this 18th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE